**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Lee Smith, | No. CV-23-00126-PHX-MTL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Lance Hetmer, et al., | |
| Respondents. | |

Before the Court is the Report and Recommendation of Magistrate Judge Alison S. Bachus ("R & R") (Doc. 18) recommending that Respondents' Motion to Dismiss (Doc. 15) be denied. Respondents have not filed any objections to the R & R. The deadline to do so passed fourteen days following service of the R & R, which issued on December 8, 2023. Four weeks have now passed.

In reviewing an R & R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's finding and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that the District Court need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R in its entirety.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 18) is **accepted**.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss (Doc. 15) is **denied**.

**IT IS FINALLY ORDERED** that Respondents shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) that (1) is limited to relevant affirmative defenses, including, but not limited to, statute of limitations, procedural bar, or non-retroactivity; (2) raises affirmative defenses as to some claims and discusses the merits of others; or (3) discusses the merits of all claims no later than January 12, 2024.

Dated this 5th day of January, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge